Kathryn Tassinari, OSB# 80115
Robert A. Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'09 SEP 4 13:30USDC-ORP

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

TERRI A. DEKKER,                          )
                                          )
              Plaintiff,                   )          Civil No. 08-6269-MO
      vs.                                  )
                                          )     ORDER FOR PAYMENT OF ATTORNEY
MICHAEL J. ASTRUE,                        )      FEES AND LEGAL ASSISTANT FEES
Commissioner, Social Security             )            PURSUANT TO EAJA
Administration ,                          )
                                          )
              Defendant.                   )
_____)

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney

fees in the amount of $3,295.37 and legal assistant fees in the amount of $1,395.00, submitted by

the parties herein, plaintiff's Motion for payment of fees is hereby granted as full settlement of

any and all claims for attorney and legal assistant fees under EAJA.

Attorney and legal assistant fees in the sum of $4,690.37 are awarded to plaintiff, payable

to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no

other costs or expenses to be paid herein.

IT IS SO ORDERED on this ____4____ day of ____Sep____, 2009.

_____
U.S. District Judge

PRESENTED BY:

By:    s/ Kathryn Tassinari
       Kathryn Tassinari, OSB #80115
       Harder, Wells, Baron & Manning, P.C.
       Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES
PURSUANT TO EAJA